1  ILIJA CVETICH (SBN 133534)
   LAW OFFICES OF ILIJA CVETICH
2  3465 American River Drive, Suite B
   Sacramento, CA 95864
3  Telephone: 916 • 488 • 1930
   Facsimile: 916 • 488 • 1939
4  ic@iclawoffices.com

5  Attorneys for Plaintiff
   ANTHONY GEORGE
6
   HUNTON & WILLIAMS LLP
7  M. BRETT BURNS (SBN 256965)
   SUSAN S. JOO (SBN 260369)
8  575 Market Street, Suite 3700
   San Francisco, California 94105
9  Telephone: 415 • 975 • 3700
   Facsimile: 415 • 975 • 3701
10 mbrettburns@hunton.com
   sjoo@hunton.com
11
   Attorneys for Defendant
12 LOWE'S HIW, INC.

13
                    **UNITED STATES DISTRICT COURT**
14
                    **EASTERN DISTRICT OF CALIFORNIA**
15

16 | ANTHONY GEORGE, an individual | Case No.: 2:13-CV-01082-MCE-CMK |
17 | Plaintiff, | |
18 | | Judge: Hon. Morrison C. England, Jr. |
19 | v. | **ORDER DISMISSING ACTION WITH PREJUDICE** |
20 | | |
21 | LOWE'S HOME IMPROVEMENT WAREHOUSE, INC., DOES 1 TO 100, | |
22 | Defendants. | |

Pursuant to stipulation by the parties and good cause appearing therefor, the Court HEREBY ENTERS the parties' JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE, and DISMISSES Plaintiff Anthony George's Complaint with prejudice, with each party to bear its own fees and costs.

**IT IS SO ORDERED.**

**Dated: November 18, 2013**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT