ILIJA CVETICH (SBN 133534)
LAW OFFICES OF ILIJA CVETICH
3465 American River Drive, Suite B
Sacramento, CA 95864
Telephone: 916 • 488 • 1930
Facsimile: 916 • 488 • 1939
ic@iclawoffices.com

Attorneys for Plaintiff
ANTHONY GEORGE

HUNTON & WILLIAMS LLP
M. BRETT BURNS (SBN 256965)
SUSAN S. JOO (SBN 260369)
575 Market Street, Suite 3700
San Francisco, California 94105
Telephone: 415 • 975 • 3700
Facsimile: 415 • 975 • 3701
mbrettburns@hunton.com
sjoo@hunton.com

Attorneys for Defendant
LOWE'S HIW, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GEORGE, an individual<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME IMPROVEMENT WAREHOUSE, INC., DOES 1 TO 100,<br><br>Defendants. | Case No.: 2:13-CV-01082-MCE-CMK<br><br>Judge: Hon. Morrison C. England, Jr.<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Pursuant to stipulation by the parties and good cause appearing therefor, the Court HEREBY ENTERS the parties' JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE, and DISMISSES Plaintiff Anthony George's Complaint with prejudice, with each party to bear its own fees and costs.

**IT IS SO ORDERED.**

**Dated:  November 18, 2013**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT